MARK F. GALLAGHER    6016
Law Office of Mark Gallagher
66 Kaiholu Place
Kailua, Hawai`i  96734
Telephone:  535-1500
Fax: (888) 806-1531

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0001276
15-SEP-2020
12:47 PM**

Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| EARL HUNTER-REGINELLI<br><br>             Plaintiff,<br><br>   vs.<br><br>SAFEWAY, INC.;  JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>             Defendants. | CIVIL NO.<br>(Other Non-Motor Vehicle Tort)<br><br>COMPLAINT; SUMMONS |

## COMPLAINT

Plaintiff Earl Hunter-Reginelli alleges and avers as follows:

### COUNT I

1.  At all times relevant herein, Plaintiff Earl Hunter-Reginelli was and is a resident of the City and County of Honolulu, State of Hawaii.

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai`i.
Dated at: Honolulu, Hawai`i 15-SEP-2020, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawai`i


**EXHIBIT A**

2. At all times relevant herein, Defendant Safeway, Inc. was and is a foreign for profit corporation doing business in the City and County of Honolulu, State of Hawaii.

3. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE NON-PROFIT ENTITIES 1-10, and DOE GOVERNMENTAL ENTITIES 1-10 (hereinafter referred to as "Doe Defendants") are persons, corporations, partnerships, business entities, non-profit entities, and/or governmental entities who acted in a negligent, wrongful or tortious manner which proximately caused or contributed to injuries and damages sustained by Plaintiff. Plaintiff has been unable to ascertain the names and identities of the above-named Doe Defendants from the investigation that has been conducted to date. Accordingly, Plaintiff has sued the unidentified Doe Defendants herein with fictitious names pursuant to Rule 17(d) of the Hawai`i Rules of Civil Procedure, and Plaintiff will substitute the true names, identities, capacities, acts and/or omissions of the Doe Defendants when the same are ascertained.

4. All of the acts and occurrences alleged herein took place within the City and County of Honolulu, State of Hawai`i. Therefore, this matter is properly before this Court.

5. On or about November 9, 2018, Plaintiff Hunter-Reginelli was a customer at the Safeway grocery store operated

by Defendant at 200 Hamakua Drive, Kailua, Hawaii (subject property).

6. At that time, Defendant Safeway owned, managed, designed, controlled, maintained and/or exercised supervision, charge and control over the subject property.

7. On November 9, 2018, Plaintiff Hunter-Reginelli was walking in a main aisle way of the store.

8. While unknown to Plaintiff Hunter-Reginelli, there was water and/or another liquid on the floor which created a dangerous and slippery condition. Plaintiff Hunter-Reginelli stepped into this substance and slipped and fell to the floor.

9. There were no warning signs or cones in the area where Plaintiff slipped and fell.

10. Defendant Safeway knew or should have known of this condition and that it posed an unreasonable risk of harm.

11. Defendant Safeway was negligent in failing to properly maintain, repair and keep the subject property safe.

12. The area where Plaintiff Hunter-Reginelli fell posed an unreasonable risk of harm to expected users of the premises.

13. There were insufficient or no warnings as to the dangers presented by these conditions and Defendant Safeway was

negligent in failing to properly warn users of the dangers of which it knew or reasonably should have known.

14. Defendant Safeway was otherwise negligent in the ownership, design, control, maintenance, supervision, charge and control of the subject property.

15. As a direct and proximate result of the negligence of Defendant Safeway, Plaintiff Hunter-Reginelli has suffered severe and permanent injuries, has incurred medical and rehabilitative expenses, has suffered mental and emotional distress and has lost income and/or earning capacity.

## COUNT II

16. Plaintiff realleges and incorporates by reference the foregoing allegations.

17. Doe Defendants are persons or entities whose wrongful acts and/or omissions in some way proximately caused or contributed to Plaintiff's injuries in ways presently unknown to Plaintiff.

18. Doe Defendants are vicariously liable for the negligence of their agents and/or employees through the doctrine of *respondeat superior*.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for general and special damages in amounts that will be proven at trial, and for his

costs, interest from the date of the incident, reasonable attorney's fees, and such other relief as the Court deems just and proper. Plaintiff contends that the amount of his damages as alleged herein falls within the jurisdictional requirements of this Court.

DATED: Honolulu, Hawai`i, September 15, 2020.

                                        /s/ Mark F. Gallagher
                                        MARK F. GALLAGHER
                                        Attorney for Plaintiff

MARK F. GALLAGHER   6016
Law Office of Mark Gallagher
66 Kaiholu Place
Kailua, Hawai`i  96734
Telephone:  535-1500
Fax: (888) 806-1531

Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| EARL HUNTER-REGINELLI<br><br>          Plaintiff,<br><br>     vs.<br><br>SAFEWAY, INC.;  JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO.<br>(Non-Motor Vehicle Tort)<br><br><br>SUMMONS |

SUMMONS

STATE OF HAWAI`I

To the above-named Defendant:

You are hereby summoned and required to file with the court and serve upon THE LAW OFFICE OF MARK GALLAGHER, Plaintiff's attorney, whose address is 66 Kaiholu Place, Kailua,

6

Hawai`i 96734, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawai`i, _____.

_____
Clerk of the above-entitled court

**In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.**

MARK F. GALLAGHER   6016
Law Office of Mark Gallagher
66 Kaiholu Place
Kailua, Hawai`i  96734
Telephone:  535-1500
Fax: (888) 806-1531

Attorney for Plaintiff

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0001276
16-SEP-2020
07:30 AM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| EARL HUNTER-REGINELLI<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.<br>(Non-Motor Vehicle Tort)<br><br>SUMMONS |

SUMMONS

STATE OF HAWAI`I

To the above-named Defendant:

You are hereby summoned and required to file with the court and serve upon THE LAW OFFICE OF MARK GALLAGHER, Plaintiff's attorney, whose address is 66 Kaiholu Place, Kailua,

6

Hawai`i 96734, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawai`i, 9/16/2020 _____.

/S/ P. NAKAMOTO 

Clerk of the above-entitled court

**In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.**